IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME WASHINGTON, | : | |
| Plaintiff, | : | 1:16-cv-1828 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| MRS. BROWN, *et al.*, | : | |
| Defendant. | : | |

# ORDER

**September 24, 2018**

NOW THEREFORE, upon consideration of Defendants' motions (Docs. 25, 44) for summary judgment, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that,

1. Defendants' motions (Docs. 25, 44) for summary judgment are GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of Defendants Wolf, Glunt, Bennetch, Kyle, Brizuela and Brown, and against Plaintiff.

3. The Clerk of Court is further directed to DISMISS the complaint against Mr. Bogio pursuant to Federal Rule of Civil Procedure 4(m). (Docs. 35, 38).

4. The Clerk of Court is directed to CLOSE this case.

5. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

s/ John E. Jones III
John E. Jones III
United States District Judge